UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 01, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:25–mj–00400 |
| | § | |
| Raul Antonio Claros Sarmiento | § | |

## ORDER APPOINTING COUNSEL

Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints Stephen Touchstone to represent the defendant.

Signed at Houston, Texas, on July 1, 2025.

*[signature]*
Peter Bray
United States Magistrate Judge