AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas ☑

United States Courts
Southern District of Texas
FILED
*July 02, 2025*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Andys Luis Alvarez Herrera<br><br>*Defendant* | )<br>)  Case No. 4:25-mj-0400<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Andys Luis Alvarez Herrera                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  Title 21 United States Code, Section 846

Date:     06/29/2025                                                                       */s/ Peter Bray*
                                                                                  *Issuing officer's signature*

City and state:   Houston, Texas                                    Peter Bray, United States Magistrate Judge
                                                                                  *Printed name and title*

### Return

This warrant was received on *(date)* 06/29/25, and the person was arrested on *(date)* 06/29/25
at *(city and state)*  Houston, TX.

Date: 06/30/25                                                                       */s/*
                                                                                  *Arresting officer's signature*

                                                                                  V. Heinrich, DUSM
                                                                                  *Printed name and title*